UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BUGGZ IRONMAN-WHITECOW AKA KIM ALLEN NORQUAY, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>JIM SALMONSEN AND AUSTIN KNUDSEN,<br><br>Defendants. | Case No. CV-23-053-GF-DWM<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 30), judgment is entered in favor of Respondents and against Petitioner.

   Dated this 9th day of January 2025.

                              TYLER P. GILMAN, CLERK

                              By: /s/ H. Gauthier
                              H. Gauthier, Deputy Clerk